RECEIVED
DEC 2 1 2023
TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA LAKE CHARLES DIVISION

Juan Guerra, Primo Santoyo
Alfredo M. Riquene, Francisco
Resendiz Martinez, Alizandro
Rodriguez, Cesar Edmundo Murgia,
Abraham Gutierrez Ojeda,
Salvador Sandoval Reyes,
Gutierrez Marlon.

CASE No:

VS

ID # 2166690707
Account # 000004086277787 and
MAIL ROOM FCI OAKDALE

Approximately since April of 2022 in this institution OAKDALE, LA they have lost IRS Check (Stimulus Check) that were sent to the prisoners.

The investigations done by the Treasury Department confirm that the said Goverment check have been signed fraudulently and deposited to an Account # 000004086277787. See Exhibit # 2

The institution warden has responded to me of the complaints that they are not responsible £ it's not the responsibility of the Treasury Department neither of the US Post Office. See Exhibit # 3

A letter was sent to me by the Treasury Department confirming that the check was deposited to the Correction Department. See Exhibit #1

Likewise the US Post Office Service in Washington DC has responded to me that they are not responsible of the particular mail since it was delivered and received by the Prison Facility. See Exhibit # 4

I am not the only person who did not receive the issued (STIMULUS CHECK) in this institution. Here is the list of Names that was sent to them with corresponding signatures of each prisoner and their Federal Number and they are not the only ones, there are more, See Exhibit # 5

For this reason, the a prisoner that have signed in this list want to file a lawsuit collectively against the person or institution who owns the said Bank Account that is reflected in the check Account Number # 000004086277787. See Exhibit # 2

In our lawsuit, we ask for:

1. ___ The total amount of check that was taken plus the interest accumulated since the date it was taken and withdrawn.

2.___ Likewise, we ask for a compensation with a total of $ 350,000 Dollar for each prisoner that has been affected health wise due to mental and emotional stress damages, economical through consultation and lawyer's fees for documentations and filing fees for warning, threats, disinformation, etc.

The institution OAKDALE LA has not given us any information with regards to the lost or stolen checks no even an assurance that the said check in question will be repaid . Though there is the posibility that the said checks were encashed by the personel, according to the investigation conducted by the SIS Department and the details that were given us by the officer in charge of the investigation.

Our fear is that this institution is protecty one way or the other the officers involved with the responses that were given us about the investigation. See Exhibit # 3 and 4

We base this in the evidence that we have there were forgery of signature, fraud that established a Federal Agravanted Felony. Therefore, we ask that justice be served as we requested in our lawsuit conforming the law the amount of $ 350,000 Dollars Tax free for each prisoner on the list. See Exhibit # 5

Note to Clerk

RECEIVED
DEC 21 2023
TONY R MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY

The court Close this case 2:23-CV-00774 SECP because I don't send the check for $5.00 dollar, but I don't send the money because before the date 6-13-23 I don't have to respond to thes institution request of Warden (B.P-9).

Now I have more evidence referent to the investigation for robbery my Stimulus Check for amount of $1,845.99

The Warden to deny the chack lost in this Institution but the Treasury say the check in question to chashed in the Institution of Correction, (see all evidense with the ID Number and account number to deposit this check).

I want to reopen this case _____ or open a new case in base on the robbery my Stimulus Check individual or lawsuit colective because I not the only inmate lost the Stimulus Check in this institution (See evidence list to Exhibit #5)

I send the copy Request for Withdrawal of inmate's Personal Funds for $5.00 Dollar